```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
ME2 PRODUCTIONS, INC.,                                      :
                                                            :   FINAL JUDGMENT AND
                                      Plaintiff,            :   PERMANENT INJUNCTION
                                                            :
              - against -                                   :   17-cv-1196 (BMC)
                                                            :
RODNEY HENRY,                                               :
                                                            :
                                      Defendant.            :
----------------------------------------------------------- X
```

Plaintiff having moved this Court, pursuant to Federal Rule of Civil Procedure 55, for a default judgment and permanent injunction, and the Court having entered its Memorandum Decision and Order, dated September 3, 2017, granting the motion, it is hereby

**ORDERED AND ADJUDGED**, that plaintiff shall have judgment against defendant Rodney Henry, in the amount of $10,000, and it is further

**ORDERED, ADJUDGED, AND DECREED**, that defendant Rodney Henry is permanently enjoined from directly or indirectly infringing plaintiff's rights as to the motion picture *Mechanic: Resurrection*, identified in the Amended Complaint, including without limitation using the internet to reproduce, distribute, copy, or publish *Mechanic: Resurrection*; and it is further

**ORDERED, ADJUDGED AND DECREED**, that defendant Rodney Henry shall delete any unlicensed copy of the motion picture *Mechanic: Resurrection* in his position or control; and it is further

**ORDERED, ADJUDGED AND DECREED**, that defendant Rodney Henry shall refrain from knowingly and willfully using the BitTorrent network, the internet, or any other technology or means to copy or download content in violation of U.S. copyright law.

**E N T E R E D** this 3rd day of September, 2017, at Brooklyn, New York.

_____
U.S.D.J.